# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

---

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF
MDL No. 2100
Judge David R. Herndon

---

This document relates to:

DEBORAH WILLIAMS and
MARK WILLIAMS

Civil Action No.: 3:10-CV-20027

Plaintiffs

vs.

BAYER HEALTHCARE PHARMACEUTICALS, INC., *et al.*

Defendants

_____

      Upon consideration of Plaintiffs' Motion for Leave to File a First Amended Complaint (3:10-CV-20027 Doc. 21), the Court hereby ORDERS as follows: Plaintiffs' Motion is **GRANTED**. Further, the Court **DIRECTS Plaintiffs to file the amended complaint instanter**.

      **SO ORDERED:**


/s/   *DavidRHerndon*

Chief Judge
United States District Court                     DATE: April 19, 2010

Case 3:10-cv-20027-DRH-PMF   Document 23   Filed 04/19/10   Page 2 of 2   Page ID #241